IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FRITZ KOPPENBERGER** § | |
| § | |
| **V.** § | **CIVIL ACTION NO. 4:16-CV-298** |
| § | |
| **STATE AUTO PROPERTY &** § | |
| **CASUALTY INSURANCE COMPANY** § | |
| **AND PAUL MOINOT** § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Fritz Koppenberger, and Defendants State Auto Property & Casualty Insurance Company and Paul Moinot, file this Joint Notice of Settlement. Plaintiff and Defendants have reached a settlement in this matter. Plaintiff and Defendants will submit a Joint Motion to Dismiss with Prejudice within 60 days.

Respectfully submitted,

[Signatures on Next Page]

1

By: /s/ *Richard D. Daly*
    Richard D. Daly, Attorney-in-Charge
    State Bar No. 00796429
    Southern District Bar No. 20706
    Daly & Black, P.C.
    2211 Norfolk Street, Suite 800
    Houston, Texas 77098
    Telephone: 713.655.1405
    Facsimile: 713.655.1587
    Email: rdaly@dalyblack.com
    Email for Filing: ecfs@dalyblack.com

    **ATTORNEY FOR PLAINTIFF**
    **FRITZ KOPPENBERGER**

    -And-

By: /s/ *Michael Shane O'Dell**
    Charles B. Mitchell, Attorney-in-Charge
    Southern District Bar No. 16627
    Texas State Bar No. 14207000
    Michael Shane O'Dell
    Southern District Bar No. 2742535
    Texas State Bar No. 24065835
    NAMAN, HOWELL, SMITH & LEE, PLLC
    405 Fort Worth Club Building
    306 West 7th Street
    Fort Worth, Texas 76102
    Telephone: 817.509.2040
    Facsimile: 817.509.2060
    Email: charles.mitchell@namanhowell.com

    **ATTORNEYS FOR DEFENDANT**
    **STATE AUTO PROPERTY &**
    **CASUALTY INSURANCE COMPANY**
    **AND PAUL MOINOT**

    *Signed with permission

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2016, a true and correct copy of the forgoing was served on all counsel of record by the Court's CM/ECF system, electronic means, and/or facsimile in accordance with the Federal Rules of Civil Procedure.

Charles B. Mitchell
Michael Shane O'Dell
NAMAN, HOWELL, SMITH & LEE, PLLC
405 Fort Worth Club Building
306 West 7th Street
Fort Worth, Texas 76102
Telephone: 817.509.2040
Facsimile: 817.509.2060
Email: charles.mitchell@namanhowell.com
       sodell@namanhowell.com

**ATTORNEYS FOR DEFENDANT
STATE AUTO PROPERTY &
CASUALTY INSURANCE COMPANY
AND PAUL MOINOT**

                     /s/ *Sheldon P. Wayne*
                       Sheldon P. Wayne